UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. CR 16-00435 EJD |
|---|---|
| Plaintiff, | |
| v. | **ORDER - CJA CONTRIBUTIONS DUE** |
| Jinnie Chao Defendant. | |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[X]   THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ 250°* PER MONTH, until the case is concluded or until further order of the Court, commencing:

[✓]   That certain date of  Feb 1  and the SAME DAY each month thereafter;

[X]   MAIL TO:   Clerk, U.S. District Court
280 South First Street, Room 2112
San Jose, CA 95113-3095

*To be prorated up to date when new counsel appears

[ ]   THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY _____.

[ ]   MAIL TO:   Clerk, U.S. District Court
280 South First Street, Room 2112
San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 1/30/17

_____
Howard R. Lloyd, U.S. Magistrate Judge