STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MAIA T. PEREZ (MABN 672328)
ANDREW LIAO (CABN 271219)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   maia.perez@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-435 EJD-NC |
| Plaintiff, | **UNITED STATES' STATUS REPORT** |
| v. | |
| JINNIE CHAO, | |
| Defendant. | |

The United States of America, represented by Assistant United States Attorneys Maia Perez and Andrew Liao respectfully provides the following status on issues to be addressed by the Court at the January 5th hearing on the United States' motion to issue Rule 17 subpoenas.

**STATEMENT OF THE CASE**

Since the parties appeared before the Court on December 22, 2021, there has not been any change in status apart from the Court's issuance of the protective order. Defense counsel informed the United States today that he has and will produce materials from one of Defendant's three healthcare providers at a future date. Defense counsel further stated that he is "waiting for the rest as well as updates on the rest." The United States continues to respectfully request issuance of the Rule 17

subpoenas to Defendant's healthcare providers to ensure that the parties and the Court have the necessary information to effectively prepare for the January 31, 2022 hearing on Defendant's motion to continue her trial.

DATED: January 4, 2022            Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

_____/s/_____
MAIA PEREZ
ANDREW LIAO
Assistant United States Attorneys