ETHAN A. BALOGH, No. 172224
BALOGH & CO., APC
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@balcolaw.com

Attorneys for Defendant
JINNIE CHAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br>JINNIE CHAO,<br><br>            Defendant. | Case No. 16 Cr. 435 EJD<br><br>DEFENDANT JINNIE CHAO'S STATUS CONFERENCE STATEMENT<br><br>Before the Honorable Nathanael Cousins<br>United States Magistrate Judge |

Defendant Jinnie Chao, by and through her counsel, respectfully provides the following status as directed by this Court.  (Ms. Chao informed the prosecutors he would provide edits on their proposed statement, but they filed their own version instead.)

Since the parties appeared before the Court on December 22, 2021, (1) the Government produced the December 6 transcript; (2) the parties' submitted competing protective orders, with objections to the others'; and (3) the Court's issued the Protective Order earlier today, January 4, 2022.

Ms. Chao has informed the United States that he possesses and will produce presently materials from one of Defendant's three healthcare providers. (Ms. Chao previously advised he would make this production shortly after the issuance of protective order, which issued today.) This production will cover the issues related to the current issue of trial continuance based on Ms. Chao's serial surgeries arising from her breast cancer.  Ms. Chao further informed the Government that she is waiting for further productions (as well as updates on those productions) concerning historical treatment; those records do not bear on the request for a trial continuance. Ms. Chao also noted that her counsel has been sick and on bed rest since January 2, and this circumstance has affected significantly his ability to advance the issues this week.  (Like government counsel, Ms. Chao's counsel took last week as a holiday week.)

Last, the Government informed Ms. Chao today as follows:  "The United States continues to respectfully request issuance of the Rule 17 subpoenas to Defendant's healthcare providers to ensure that the parties and the Court have the necessary information to effectively prepare for the January 31, 2022 hearing on Defendant's motion to continue her trial."  Ms. Chao contends that is statement proves that the material it seeks are not permissible under Rule 17.

                                                           Respectfully submitted,

DATED: January 4, 2022               */s/ E A Balogh*
                                                   ETHAN A. BALOGH
                                                   Attorneys for Defendant
                                                   JINNIE CHAO