UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JINNIE CHAO,<br><br>    Defendant. | Case No.  5:16-cr-00435-EJD-1<br><br>**ORDER RE SCHEDULING**<br><br>Re: Dkt. Nos. 164, 165 |

The following pretrial schedule shall apply:

- The Parties are ordered to file their initial motions (*i.e.*, motions *in limine* and motions regarding experts) by 5:00 p.m. on August 1, 2022.  The Parties should include in these motions their position on the Court's earlier oral motion *in limine* rulings.  Opposition briefs are due by 6:00 p.m. on August 8, 2022.  Replies are due by 6:00 p.m. on August 15, 2022.  The Parties are ordered to appear on August 22, 2022, at 9:00 a.m., and August 29, 2022, at 9:00 a.m. (if needed) for a pretrial conference and motion hearing.

- The Government's witness and exhibit list is due by July 14, 2022.  Defendant's witness and exhibit list is due by July 19, 2022.  The Government's deadline to serve a witness and exhibit list for rebuttal or impeachment purposes is due August 24, 2022.  Proposed jury instructions, juror questionnaire, document stipulations and *voir dire* questions are due August 8, 2022.  Any responses to these filings are due August 15, 2022.

**IT IS SO ORDERED.**

Dated: June 23, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cr-00435-EJD-1
ORDER RE SCHEDULING
1