1  ETHAN A. BALOGH, No. 172224
2  BALOGH & CO., APC
   100 Pine Street, Suite 1250
3  San Francisco, CA 94111
   Telephone: 415.391.0440
4  Facsimile: 415.373.3901
   eab@balcolaw.com
5
6  Attorneys for Defendant
   JINNIE CHAO
7
8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                            SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JINNIE CHAO,<br><br>       Defendant. | Case No. 16 Cr. 435 EJD<br><br>STIPULATION AND PROPOSED ORDER RE REVISED SCHEDULE<br><br><br>Before the Honorable Edward J. Davila<br>United States District Judge |

Defendant Jinnie Chao, by and through her counsel, respectfully move to reset the briefing under the Court's scheduling order as set forth in ECF 188. The United States of America, represented by Assistant United States Attorneys Maia Perez and Anne Hsieh, concurs with this request.

The bases for this Stipulation are as follows: the parties have agreed to a Pretrial Diversion agreement, which contemplates that Ms. Chao wire restitution to the Clerk of Court no later than August 24, 2022. Because the hearing on the pretrial motions is currently set for August 22, the parties respectfully contend that judicial economy supports resetting the Pretrial Conference to August 29, 2022, at which point the parties can provide the court an updated status on Ms. Chao's compliance with the diversion agreement and the potential resolution of this case. The parties also ask the Court to reset the hearing on the unsealing of civil transcripts on the same bases. For these reasons, the parties respectfully move the Court to reset the Pretrial Conference from August 22 to August 29, 2022.

Dated: August 16, 2022                                  Respectfully submitted,


                                                         /s/
                                                        ETHAN A. BALOGH
                                                        Counsel for Defendant Jinnie Chao



                                                         /s/
                                                        MAIA PEREZ
                                                        ANNE HSIEH
                                                        Assistant United States Attorneys

STIP & PROPOSED ORDER RE SCHEDULING
USA V. CHAO, 16 CR 435 EJD                                                                       1

[PROPOSED] ORDER

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the Pretrial Conference scheduled for August 22, 2022 shall be rescheduled for August 29, 2022, at 9:00 a.m. The Court shall address the parties' motions in limine and for unsealing at that time.

**IT IS SO ORDERED**.

DATED: _____

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge