1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  MAIA T. PEREZ (MABN 672328)
   ANNE C. HSIEH (CABN 288159)
5  Assistant United States Attorney

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-0910
      FAX: (408) 535-5081
8     Anne.Hsieh@usdoj.gov

9  Attorneys for United States of America

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,        )   NO. CR 16-00435 EJD
14                                  )
           Plaintiff,               )   NOTICE OF DISMISSAL
15                                  )
      v.                            )
16                                  )
   JINNIE CHAO,                     )
17                                  )
           Defendant.               )
18 _____)

19
          With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20
   States Attorney for the Northern District of California dismisses the above indictment and superseding
21
   indictment against Defendant Jinnie Chao.
22

23
   DATED:  August 25, 2022                           Respectfully submitted,
24
                                                     STEPHANIE M. HINDS
25                                                   United States Attorney

26                                                   /s/ Thomas A. Colthurst

27                                                   _____
                                                     THOMAS A. COLTHURST
28                                                   Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 16-00435 EJD                                                                         v. 8/4/2021

Leave is granted to the government to dismiss the indictment and superseding indictment against Defendant Jinnie Chao.

Date: August 29, 2022

HON. EDWARD J. DAVILA
United States District Judge